Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD HUGHES, § § Plaintiff, § § v. § § CAPITAL ONE BANK USA, N.A., § § Defendant. § § | Civil Action No. 8:19-cv-01289-SVW-RAO |

<u>STIPULATION TO DISMISS</u>

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| /s/ Marcos D. Sasso | /s/ Amy L. Bennecoff Ginsburg |
| Marcos D. Sasso, Esq. | Amy L. Bennecoff Ginsburg Esq. |
| Ballard Spahr, LLP | Kimmel & Silverman, P.C. |
| 2029 Century Park East | 30 East Butler Pike |
| Suite 800 | Ambler, PA 19002 |
| Los Angeles, CA 90067 | Phone: (215) 540-8888 |
| Phone: 424-204-4400 | Fax: (215) 540-8817 |
| Email: sassom@ballardspahr.com | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: <u>June 11, 2020</u> | Date: <u>June 11, 2020</u> |

- 2 -

**CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Marcos D. Sasso, Esq.
Ballard Spahr, LLP
2029 Century Park East
Suite 800
Los Angeles, CA 90067
Phone: 424-204-4400
Email: sassom@ballardspahr.com
Attorney for the Defendant

DATED: June 11, 2020          /s/ Amy L. Bennecoff Ginsburg
                              Amy L. Bennecoff Ginsburg Esq.
                              Kimmel & Silverman, P.C.
                              30 East Butler Pike
                              Ambler, PA 19002
                              Tel: 215-540-8888
                              Fax: 215-540-8817
                              Email: teamkimmel@creditlaw.com
                              Attorney for Plaintiff